EZRA H. MONTANYE, Respondent, v. CHARLES A. WHITE and JOHN PHILLIPS, Appellants.— Defendants have appealed from a judgment in plaintiff's favor in the sum of $3,597.22 and from an order denying their motion for a new trial. The action was brought to recover damages for personal injuries and for damages to an automobile. Plaintiff's car collided with a truck owned by the defendant White and driven by the defendant Phillips. On conflicting evidence the jury rendered a verdict in plaintiff's favor. Only questions of fact are presented. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARMAND RICCIO, Appellant.— Appeal from that part of a judgment of conviction and sentence rendered against the defendant in the County Court of Albany County on the 3d day of March, 1941, whch sentences him to imprisonment in Clinton State Prison at Dannemora for fifteen years as a second offender, and also from an order denying defendant's motion for discharge from custody. Defendant was indicted for robbery in the first degree and on June 5, 1933, upon his plea of guilty, was sentenced as a second offender to a term of fifteen years in Clinton State Prison at Dannemora, N. Y. At that time no information was filed charging him with a previous felony conviction. On February 3, 1941, he was returned to the County Court of Albany County and arraigned on an information charging a previous conviction of a felony. He remained silent. A jury was impaneled and it found that he was the same person who had been thus previously convicted and the court thereupon resentenced the defendant for a term of fifteen years, less whatever time he had already served. Upon this appeal defendant contends that the court was without jurisdiction to thus resentence him. Judgment unanimously affirmed. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

EVA MELEAD, as Administratrix, etc., of JOSEPH MELEAD, Deceased, Appellant, v. ROSS ROGERS, NORMAN K. KREGAL, FREDERICK G. KINDLEBERGER and BOYCE MOTOR LINES, INC., Respondents.— Appeal from order changing the place of trial of the action from Chemung to Ontario county. The affidavits upon which the motion was made are insufficient and do not show cause for the order appealed from. Order reversed on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ., concur.